**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Otis MCRAY, Defendant–Appellant.**

**No. 10–14562**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 22, 2011.

David Rodney Brown, U.S. Attorney's Office, Jacksonville, FL, Robin E. Gerstein, Washington, DC, Robert E. O'Neill, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Maurice C. Grant, II, Federal Public Defender's Office, Jacksonville, FL, Donna Lee Elm, Federal Public Defender's Office, Jacksonville, FL, for Defendant–Appellant.

Otis McRay, Atwater, CA, pro se.

Before BLACK, HULL and WILSON, Circuit Judges.

PER CURIAM:

Maurice C. Grant, II, appointed counsel for Otis McRay in this 18 U.S.C. § 3582(c)(2) proceeding, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record

reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and McRay's sentence is **AFFIRMED.**